THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED BERNARD, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

WILLIAM D. REISMAN, Appellant-Respondent, v. ISIDORE WEINBERGER et al., Individually and as Trustees under HOSPITAL EQUIPMENT CORPORATION EMPLOYEES' PENSION TRUST, Respondents-Appellants.— Order affirmed. No opinion. Present — Dore, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Callahan, J., dissents and votes to grant summary judgment to the plaintiff.

∎

CECILIA FISCELLA, Respondent, v. JOHN E. JOHNSON, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

HAROLD HARTWIG, Doing Business as INTERNATIONAL DISPLAY INDUSTRIES, Respondent, v. KNOMARK MANUFACTURING Co., INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

ROBERT W. THOMPSON, Doing Business as ROBERT W. THOMPSON COMPANY, Appellant, v. TRINITY OPERATING COMPANY, INC., Respondent.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the verdict of the jury in favor of plaintiff reinstated. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 279 App. Div. 577.]

∎

In the Matter of the Arbitration between EAST INDIA TRADING Co., INC., Respondent, and CARMEL EXPORTERS & IMPORTERS, LTD., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

KNICKERBOCKER MOTORS, INC., Respondent, v. ACME STEEL PARTITION Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

∎

ANNA TIKALSKY, Appellant, v. MABERG HOLDING CORP. et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 905.]